UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW FRANZINO BOLAR,            )<br>                                                              )<br>            Petitioner,                         )<br>                                                              )<br>     v.                                                   )<br>                                                              )<br>F. LUNA et al.,                                    )<br>                                                              )<br>            Respondents.                     )<br>_____) | Case No. C05-2029-TSZ-JPD<br><br>MINUTE ORDER |

The following minute order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Petitioner's motion for extension of time is RE-NOTED for June 7, 2006. Respondent's response to the motion, if any, shall be filed no later than June 6, 2006. *See* Local Rule CR 7.

DATED this 31st day of May, 2005.

                               Bruce Rifkin
                               Clerk of the Court


                               /s/ Peter H. Voelker
                               Peter H. Voelker
                               Deputy Clerk

MINUTE ORDER
PAGE -1