UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MATTHEW FRANZINO BOLAR,  )
                         )
    Petitioner,           )   Case No. C05-2029-TSZ-JPD
                         )
    v.                   )
                         )
F. LUNA et al.,          )   SHOW CAUSE ORDER
                         )
    Respondents.         )
_____)

On May 31, 2006, respondent filed a motion to supplement the state court record. Dkt. No. 27. The supplemental materials contained additional pre-trial hearing transcripts, as well as pages missing from respondent's response. Having carefully reviewed these documents and the balance of the record the Court ORDERS as follows:

(1) Petitioner is directed to SHOW CAUSE as to why these documents, (Dkt. No. 27), should not be added to the record. Any objections to the inclusion of these documents must be filed with the Court by June 16, 2006. If petitioner does not object to the addition of these materials, no submission is required.

(2) The Clerk is directed to send copies of this order to the parties and to the Honorable Thomas S. Zilly

SHOW CAUSE ORDER
PAGE -1

01      DATED this day of June, 2006.

02

03                               /s/ James P. Donohue
                                   JAMES P. DONOHUE

04                                   United States Magistrate Judge

SHOW CAUSE ORDER
PAGE -2