01
02
03
04
05
06

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

07  MATTHEW FRANZINO BOLAR,                    )
                                              )
08                    Petitioner,             )   Case No. C05-2029-TSZ-JPD
                                              )
09          v.                                )
                                              )
10  F. LUNA, *Warden*, and                    )   SHOW CAUSE ORDER
    ROB McKENNA, *Attorney General of*        )
11  *the State of Washington,*                )
                                              )
12                    Respondents.            )
    _____ )

13          On June 8, 2006, petitioner filed a motion to supplement the state court record.  Dkt.

14  No. 30.  The proposed materials appear to relate to briefing petitioner submitted to the

15  Washington Supreme Court.  Having carefully reviewed these documents and the balance of

16  the record the Court ORDERS as follows:

17          (1)     Respondent is directed to SHOW CAUSE as to why these documents (Dkt.

18  No. 30) should not be added to the record.  Any objections to the inclusion of these

19  documents must be filed with the Court by July 14, 2006.  If respondent does not object to the

20  addition of these materials, no submission is required.  Petitioner may provide a five-page

21  response to the respondent's objections, if any, no later than July 21, 2006.

22          (2)     The Clerk is directed to send copies of this order to the parties and to the

23  Honorable Thomas S. Zilly

24          DATED this 6th day of July, 2006.

25                                              _____
                                                James P. Donohue
26                                              JAMES P. DONOHUE
                                                United States Magistrate Judge

SHOW CAUSE ORDER
PAGE -1