# UNITED STATES DISTRICT COURT
# for the WESTERN DISTRICT of WASHINGTON

MATTHEW FRANZINO BOLAR,              )
                                     )
                Plaintiff,           )
                                     )
         vs.                         )
                                     )          **C05-2029 TSZ**
F. LUNA, Warden, et al.,             )
                                     )
                Defendant.           )          **MINUTE ORDER**

The following Minute Order is made at the direction of the Court, the Honorable James P. Donohue, United States Magistrate Judge:

Plaintiff's Motion for Leave to File Overlength Motion for Leave to Conduct Discovery (dkt #35) is hereby stricken as Moot as the Order filed June 26, 2006, (dkt #36) denied the underlying Motion to Conduct Discovery (dkt #29).

Dated this 20th day of July , 2006

/S/ PETER H. VOELKER
Deputy Clerk

**MINUTE ORDER**